**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **3** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:   Jean P Pollard

Case No.: _____

Judge: _____

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☑ Original    ☐ Modified/Notice Required    Date:    November 22, 2019
☑ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **SET**     Initial Debtor:  **JPP**     Initial Co-Debtor  _____

## Part 1: Payment and Length of Plan

    a. The debtor shall pay **$600.00 Monthly** to the Chapter 13 Trustee, starting on **December, 2019** for approximately **60** months.

    b. The debtor shall make plan payments to the Trustee from the following sources:
- [x] Future Earnings
- [ ] Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:
- [ ] Sale of real property
  Description:
  Proposed date for completion: _____

- [ ] Refinance of real property:
  Description:
  Proposed date for completion: _____

- [ ] Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

    d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. [ ] Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection         [X] NONE

    a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

    b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **IRS** | **Taxes and certain other debts** | 20,027.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- [x] None
- [ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim

pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Loancare** | 627 Dorothy Lane, Landing, NJ | 10,000 | | 10,000.00 | 1,500.00 |
| **Picatinny Federal Cr U** | **627 Dorothy Lane Landing, NJ** | 354.00 | | 354.00 | 354.00 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

3

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor

**Santander Consumer USA**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5:  Unsecured Claims        ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐    Not less than $____ to be distributed *pro rata*

☐    Not less than ___ percent

☑    *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases        ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **American Honda Finance** | | Auto lease | REJECT | |

**Part 7: Motions    ☐ NONE**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    **a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☐ NONE**
    The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **Citibank, NA** | **627 Dorothy Lane Landing, NJ 07850 Morris County** | **Judgment Lien** | 5,142.14 | 285,000.00 | 0.00 | 279,768.58 | 5,142.14 |
| **Picatinny Federal Cr U** | **627 Dorothy Lane Landing, NJ 07850 Morris County** | **Judgment Lien** | 22,904.00 | 285,000.00 | 0.00 | 262,006.72 | 22,904.00 |
| **Rialto Recovery LLC** | **627 Dorothy Lane Landing, NJ 07850 Morris County** | **Judgment Lien** | 21,596.90 | 285,000.00 | 0.00 | 263,313.82 | 21,596.90 |

    **b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☐ NONE**

    The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

    **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ☑ NONE**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
   Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

   The Standing Trustee shall pay allowed claims in the following order:
   1) Ch. 13 Standing Trustee Commissions
   2) **Other Administrative Claims**
   3) **Secured Claims**
   4) **Lease Arrearages**
   5) **Priority Claims**
   6) **General Unsecured Claims**

d. **Post-Petition Claims**

   The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

### Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

| Date: | **November 21, 2019** | /s/ Jean P Pollard |
|---|---|---|
| | | **Jean P Pollard** |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |
| Date | **November 21, 2019** | /s/ Scott E. Tanne |
| | | **Scott E. Tanne st2477** |
| | | Attorney for the Debtor(s) |

7

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 19-32061-JKS
Jean P Pollard                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Nov 25, 2019
                              Form ID: pdf901          Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
db             +Jean P Pollard,    627 Dorothy Lane,    Landing, NJ 07850-1410
518584750      +Apothaker Scian, P.C.,    520 Fellowship Road, Suite C306,    PO Box 5496,
                 Mount Laurel, NJ 08054-5496
518584752     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     Po Box 982238,    El Paso, TX 79998)
518584751      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518584753      +Casha & Casha, LLC,    115 Horseneck Road Suite 2,    Montville, NJ 07045-9365
518584754      +Citibank, NA,    PO Box 769006,    San Antonio, TX 78245-9006
518584755      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
518584756      +Euro Auto Works, LLC,    223 Horseneck Road,    Fairfield, NJ 07004-1607
518584757      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
518584758      +Financial Pacific Leasing,    3455 S. 344th Way, Ste 300,    Auburn, WA 98001-9546
518584760      +John Pollard,    627 Dorothy Lane,    Landing, NJ 07850-1410
518584762      +LoanCare LLC,    Attn: Consumer Solutions Dept,    Po Box 8068,    Virginia Beach, VA 23450-8068
518584763      +LoanCare LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
518584764      +NJ Motor Vehicle Commision,    PO BOx 071,    Trenton, NJ 08666-0001
518584766      +PCA Acquisitions,    1002 Justison Street,    Wilmington, DE 19801-5148
518584770      +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
518584769      +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
518584767      +Picatinny Federal Cr U,    100 Mineral Spring Dr,    Dover, NJ 07801-1637
518584768      +Picatinny Federal Credit Union,    100 Mineral Spring Drive,    Dover, NJ 07801-1637
518584771      +RBS Citizens Cc,    1 Citizens Dr.,    Ms: Rop 15b,    Riverside, RI 02915-3035
518584772      +RBS Citizens Cc,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
518584773       Rialto Recovery LLC,    c/o David Rosen, Esq.,    39 Jefferson Street,    Passaic, NJ 07055
518584774      +Robert N. Squillante, Esq.,    100 Mineral Springs Drive,    Dover, NJ 07801-1635
518584779     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Unit,
                 PO Box 245,    Trenton, NJ 08695-0245)
518584775      +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7   601 Penn St,
                 Reading, PA 19601-3544
518584776      +Santander Consumer USA,    Po Box  961211,    Fort Worth, TX 76161-0211
518584783      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
518584785      +USAA Federal Savings Bank,    10750 Mc Dermott,    San Antonio, TX 78288-1600
518584784      +USAA Federal Savings Bank,    Attn: Bankruptcy,    10750 Mcdermott Freeway,
                 San Antonio, TX 78288-1600
518584786     ++VALLEY,    ATTN ATTN LEGAL DEPARTMENT,    1455 VALLEY ROAD,    WAYNE NJ 07470-8448
                (address filed with court: Valley National Bank,     Attn: Legal Dept,    1455 Valley Rd,
                 Wayne, NJ 07470)
518584787      +Valley National Bank,    1460 Valley Rd,    Wayne, NJ 07470-8494
518584788      +Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 26 2019 00:10:43     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 26 2019 00:10:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:15:57
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518584749       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 26 2019 00:10:52     American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
518584748      +E-mail/Text: ally@ebn.phinsolutions.com Nov 26 2019 00:09:41     Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
518584759       E-mail/Text: cio.bncmail@irs.gov Nov 26 2019 00:10:02     IRS,   PO BOX 7346,
                 Philadelphia, PA 19101-7346
518584761      +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Nov 26 2019 00:11:22     Kabbage,
                 925 Peachtree St. NE #1688,    Atlanta, GA 30309-3918
518584765      +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:15:55     Paypal Credit,    PO Box 105658,
                 Atlanta, GA 30348-5658
518584777      +E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Nov 26 2019 00:10:13
                 State Farm Financial S,    1 State Farm Plaza,    Bloomington, IL 61710-0001
518584778       E-mail/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Nov 26 2019 00:10:13
                 State Farm Financial S,    Attn Credit Reporting,    Bloomington, IL 61702
518585725      +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:15:17     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518584780      +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:15:17     Synchrony Bank/Yamaha,
                 Po Box 965073,    Orlando, FL 32896-5073
518584781      +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:15:56     Synchrony/CareCredit,
                 Attn: Bankruptcy,    Po Box 965061,    Orlando, FL 32896-5061
518584782      +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 00:15:56     Synchrony/CareCredit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518584790      +E-mail/Text: bankruptcynotice@westlakefinancial.com Nov 26 2019 00:10:40
                 Westlake Financial Services,    4751 Wilshire Bvld,    Los Angeles, CA 90010-3847
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Nov 25, 2019
                              Form ID: pdf901          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518584789       +E-mail/Text: bankruptcynotice@westlakefinancial.com Nov 26 2019 00:10:40
                 Westlake Financial Services,   Attn: Bankruptcy,   Po Box 76809,   Los Angeles, CA 90076-0809
                                                                                             TOTAL: 16
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
```
              Scott E. Tanne    on behalf of Debtor Jean P Pollard ecf@tannelaw.com,
               tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 2
```