| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>832864<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for LOANCARE, LLC | |
| In Re:<br><br>JEAN P. POLLARD | Case No: 19-32061 - JKS<br><br>Judge: JOHN K. SHERWOOD<br><br>Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>LOANCARE, LLC</u> with regards to its mortgage. Said Mortgage was recorded on December 5, 2016, Book OR-23038, Page 1762 on the real property, located at 627 DOROTHY LANE, LANDING, NJ 07850 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

| | |
|---|---|
| Dated: December 2, 2019 | /s/ Robert J. Davidow<br>Robert J. Davidow, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>Tel: 856-813-5500 Ext. 47960<br>Fax: 856-813-5501<br>Email: Robert.Davidow@phelanhallinan.com |