**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

|  |  |
|---|---|
| IN RE: | **UNITED STATES BANKRUPTCY COURT** |
|  | **DISTRICT OF NEW JERSEY** |
| JEAN P POLLARD, | Case No.:  19-32061 JKS |
| Debtor |  |

**NOTICE OF RESERVE ON CLAIM**

Creditor:             PICATINNY FEDERAL CREDIT UNION
Trustee Claim #:     24
Court Claim #
Claimed Amount:   $354.00
Date Claim Filed:    **UNFILED**

Please be advised that a reserve has been placed on the above named claim for the following reason:

- The above debt was contained in debtor(s) plan and Trustee has set up with reserve for this creditor until a proof of claim is filed with the Court.  In the event a proof of claim is not filed within sixty (60) days of this notice, the reserve will be removed and money will be disbursed to other creditors.  In the event that a proof of claim is filed at a later date, the Trustee will NOT seek refunds from creditors that received disbursements in the interim.

Dated: July 29, 2020

By:   /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

JEAN P POLLARD
627 DOROTHY LANE
LANDING, NJ    07850

SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ    07901

PICATINNY FEDERAL CREDIT UNION
100 MINERAL SPRING DRIVE
DOVER, NJ    07801