**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security        **0** Assumption of Executory Contract or Unexpired Lease        **0** Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    Jean P Pollard

Case No.: 19-32061-JKS
Judge: Sherwood

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required            Date: February 3, 2022
☑ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

## YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Initial Debtor(s)' Attorney **SET**     Initial Debtor: **JPP**     Initial Co-Debtor _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay a total of $21,300.00 to the Chapter 13 Trustee from December 2019 through January 2022; the debtor shall pay $1,595.00 monthly to the Chapter 13 Trustee starting February 2022 for approximately 34 months. The total length of plan is approximately 60 months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection        X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Scott E. Tanne** | **Attorney Fees** | 5,073.97 |
| **Scott E. Tanne** | **Attorney Fees** | estimated at 1,500.00, subject to Court approval |
| **IRS** | **Taxes and certain other debts** | 40,912.79 |
| **NJ** | **Taxes and certain other debts** | 3,519.26 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None

2

| | |
|---|---|
| | ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4): |

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 4: Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **LoanCare LLC** | **627 Dorothy Lane Landing, NJ 07850** | **10,442.15, plus 5,982.02 pursuant to court order** | 0.00 | **10,442.15, plus 5,982.02** | **pursuant to note and mortgage** |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Santander Consumer USA** | **2016 Honda Accord** | **419.35 plus 531.00** | 0.00 | **419.35 plus 531.00** | **pursuant to finance agreement** |

c. **Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES**

**the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Westlake Financial Services** | **2012 Ford F450 Superduty** | unknown | none - collateral surrendered in full satisfaction of creditor's claim |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor
**Picatinny Federal Credit Union**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $____ to be distributed *pro rata*

☐ Not less than ___ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions  ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

    The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

    The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
        ☑ Upon Confirmation
        ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

    The Standing Trustee shall pay allowed claims in the following order:

5

1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:  Modification    ■ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:  **June 8, 2019**  .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **To add post petition mortgage arrears to plan.** | same. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

**Part 10 :  Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  **February 3, 2022**          /s/ Jean P Pollard
                                      **Jean P Pollard**
                                      Debtor

Date:  _____               _____
                                      Joint Debtor


Date  **February 3, 2022**           /s/ Scott E. Tanne
                                      **Scott E. Tanne st2477**
                                      Attorney for the Debtor(s)

6

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-32061-JKS |
| Jean P Pollard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 09, 2022 | Form ID: pdf901 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jean P Pollard, 627 Dorothy Lane, Landing, NJ 07850-1410 |
| cr | + | LOANCARE, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518584750 | + | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 518584751 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518584752 | + | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518628300 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518584753 | #+ | Casha & Casha, LLC, 115 Horseneck Road Suite 2, Montville, NJ 07045-9365 |
| 518584755 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 518584756 | + | Euro Auto Works, LLC, 223 Horseneck Road, Fairfield, NJ 07004-1607 |
| 518584757 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 518584758 | + | Financial Pacific Leasing, 3455 S. 344th Way, Ste 300, Auburn, WA 98001-9546 |
| 518584760 | + | John Pollard, 627 Dorothy Lane, Landing, NJ 07850-1410 |
| 518584761 | + | Kabbage, 925 Peachtree St. NE #1688, Atlanta, GA 30309-3918 |
| 518689648 | + | LOANCARE, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 518584762 | + | LoanCare LLC, Attn: Consumer Solutions Dept, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 518584763 | + | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519134987 | + | LoanCare, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518584764 | + | NJ Motor Vehicle Commision, PO BOx 071, Trenton, NJ 08666-0001 |
| 518681089 | + | NYS Thruway Authority, 200 Southern Blvd, PO Box 189, Albany, NY 12201-0189 |
| 518613499 | + | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801-5148 |
| 518584766 | + | PCA Acquisitions, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 518584767 | + | Picatinny Federal Cr U, 100 Mineral Spring Dr, Dover, NJ 07801-1637 |
| 518584768 | + | Picatinny Federal Credit Union, 100 Mineral Spring Drive, Dover, NJ 07801-1637 |
| 518625700 | + | Picatiny Federal Credit Union, c/o Michael J Filippis, Esq., 276 Broad St, Ste 1, Bloomfield, NJ 07003-3292 |
| 518584773 | | Rialto Recovery LLC, c/o David Rosen, Esq., 39 Jefferson Street, Passaic, NJ 07055 |
| 518584774 | + | Robert N. Squillante, Esq., 100 Mineral Springs Drive, Dover, NJ 07801-1635 |
| 518663620 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518584778 | | State Farm Financial S, Attn Credit Reporting, Bloomington, IL 61702 |
| 518584779 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 518584783 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 518584785 | + | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 518584784 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 518584786 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-8448 address filed with court:, Valley National Bank, Attn: Legal Dept, 1455 Valley Rd, Wayne, NJ 07470 |
| 518584787 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |
| 518584788 | + | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2022 20:31:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:11 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518584749 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 09 2022 20:31:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518603871 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 09 2022 20:31:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518683123 | | Email/Text: bnc@atlasacq.com | Feb 09 2022 20:30:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07766 |
| 519118076 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2022 20:34:08 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519118077 | + | Email/PDF: bncnotices@becket-lee.com | Feb 09 2022 20:34:15 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701, Afni, Inc., c/o Becket and Lee LLP 19355-0701 |
| 518655273 | | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2022 20:30:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518584748 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2022 20:30:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518598494 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2022 20:30:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 518584771 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2022 20:30:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 518584772 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 09 2022 20:30:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 518584754 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2022 20:45:39 | Citibank, NA, PO Box 769006, San Antonio, TX 78245-9006 |
| 518584758 | + | Email/Text: dmckittrick@finpac.com | Feb 09 2022 20:31:00 | Financial Pacific Leasing, 3455 S. 344th Way, Ste 300, Auburn, WA 98001-9546 |
| 518584759 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2022 20:31:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 518584777 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Feb 09 2022 20:30:00 | State Farm Financial S, 1 State Farm Plaza, Bloomington, IL 61710 |
| 518584769 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 09 2022 20:30:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518584770 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 09 2022 20:30:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518584765 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:11 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518618209 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2022 20:31:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518584775 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2022 20:31:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518584776 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2022 20:31:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 518679406 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 19-32061-JKS    Doc 75    Filed 02/11/22    Entered 02/12/22 00:15:41    Desc Imaged
Certificate of Notice    Page 9 of 10

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2022 | Form ID: pdf901 | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518671886 | | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:11 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 530912, Atlanta, GA 30353-0912 |
| 518585725 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518584780 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:20 | Synchrony Bank/Yamaha, Po Box 965073, Orlando, FL 32896-5073 |
| 518584781 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:03 | Synchrony/CareCredit, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 518584782 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 20:34:03 | Synchrony/CareCredit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518684332 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 09 2022 20:31:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518584789 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Feb 09 2022 20:31:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 518584790 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Feb 09 2022 20:31:00 | Westlake Financial Services, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |
| 518658814 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Feb 09 2022 20:31:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LoanCare, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melanie Carmela Grimes | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 09, 2022 | Form ID: pdf901 | Total Noticed: 68 |

on behalf of Creditor LOANCARE LLC nj.bkecf@fedphe.com

Scott E. Tanne

    on behalf of Debtor Jean P Pollard ecf@tannelaw.com tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

Shauna M Deluca

    on behalf of Creditor LoanCare LLC sdeluca@raslg.com

Sindi Mncina

    on behalf of Creditor LOANCARE LLC smncina@raslg.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7